**PAHL & McCAY**
A Professional Corporation
**Jeffrey M. Sulenski, Esq.** (State Bar No. 104945)
**Fenn C. Horton III, Esq.** (State Bar No. 119888)
**Michael J. Cheng, Esq.** (State Bar No. 244414)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

Attorneys for Plaintiff
TBEA USA CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TBEA USA CO., a California corporation, | ) ) ) | Case No. C08-03846 JCS |
| Plaintiff, | ) ) | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | ) ) | |
| JIM CAI, an individual, et al., | ) ) | |
| Defendants. | ) ) ) | |

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:

In accordance with the provision of Title 28, U.S.C. Section 636(c), Plaintiff TBEA USA CO. hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: August 21, 2008                PAHL & McCAY
                                      A Professional Corporation


By: _____
      Michael J. Cheng

      Attorneys for Plaintiff
      TBEA USA CO.

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100

3534/001
00125672.WPD.1

------------------                    1                    ------------------
**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE** (Case No. C08-03846 JCS)