AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

TBEA USA CO., a California corporation )
)
)
)
Plaintiff )
v. )   Civil Action No.
JIM CAI, an individual, DOUBLETREE )
SYSTEMS, INC., a California corporation, and )   C 08 03846
DOES 1 through 20, inclusive )
)
Defendant )

**Summons in a Civil Action**

To: JIM CAI, an individual

*(Defendant's name)*

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Michael J. Cheng, SBN 244414
Pahl & McCay
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
(408) 286-5100
(408) 286-5722 (Facsimile)
mcheng@pahl-mccay.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: AUG 1 2 2008

Deputy clerk's signature

Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| | | |
|---|---|---|
| Attorney Or Party Without Attorney (Name and Address):<br>MICHAEL J. CHENG<br>PAHL & MCKAY<br>225 W. SANTA CLARA ST., #1500<br>SAN JOSE, CA 95113 | Telephone:<br>(408) 286-5100 | FOR COURT USE ONLY |
| Attorneys for: | Ref. No. Or File No.<br>270984 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT-NORTHERN DISTRICT
UNITED STATES DISTRICT COURT-NORTHERN DIST.

Plaintiff:
TBEA USA CO.

Defendant:
JIM CAI, AN INIDIVIDUAL

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-03846 JCS |
|---|---|---|---|---|

I, Louis Gutierrez, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDERS FOR MAGISTRATE JOSEPH C. SPERO; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; WELCOME TO THE U.S.DISTRICT COURT SAN FRANCISCO; CIVIL CASE COVER SHEET

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : JIM CAI, AN INDIVIDUAL

By Serving         : JIM CAI

Address            : 355 W. OLIVE ST., STE. 103 , SUNNYVALE, CA 94086
Date & Time        : Friday, August 15, 2008 @ 3:20pm
Witness fees were  : Not applicable.

Person serving:
Louis Gutierrez
**PROFESSIONAL LEGAL SERVICES, INC.**
P.O. Box 669, San Jose, CA 95106
408-280-0700     Fax 408-280-7121

a. Fee for service: $47.00
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 1057
  (3) County: Santa Clara
  (4) Expires: 9/6/2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 26, 2008          Signature: _____
                                                                                     Louis Gutierrez


Printed on recycled paper