AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TBEA USA CO., a California corporation )<br>)<br>)<br>)<br>Plaintiff )<br>v. )<br>JIM CAI, an individual, DOUBLETREE )<br>SYSTEMS, INC., a California corporation, and )<br>DOES 1 through 20, inclusive )<br>)<br>Defendant ) | Civil Action No.<br><br>C08 03846    JCS |

**Summons in a Civil Action**

To: DOUBLETREE SYSTEMS, INC., a California corporation

*(Defendant's name)*

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Michael J. Cheng, SBN 244414
Pahl & McCay
225 West Santa Clara Street, Suite 1500
San Jose, CA  95113
(408) 286-5100
(408) 286-5722 (Facsimile)
mcheng@pahl-mccay.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: AUG 1 2 2008

Deputy clerk's signature
Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| MICHAEL J. CHENG<br>PAHL & MCKAY<br>225 W. SANTA CLARA ST., #1500<br>SAN JOSE, CA 95113 | (408) 286-5100 | |
| Attorneys for: | Ref. No. Or File No.<br>270985 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT-NORTHERN DISTRICT
UNITED STATES DISTRICT COURT-NORTHERN DIST.

Plaintiff:
TBEA USA CO.

Defendant:
JIM CAI, AN INIDIVIDUAL

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-03846 JCS |
|---|---|---|---|---|

I, Louis Gutierrez, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: CIVIL CASE COVER SHEET; SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDERS FOR MAGISTRATE JOSEPH C. SPERO; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; WELCOME TO THE U.S.DISTRICT COURT SAN FRANCISCO

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| Defendant | : | DOUBLETREE SYSTEMS, INC. |
|---|---|---|
| By Serving | : | AGENT FOR SERVICE: JIM CAI. |
| Address | : | 355 W. OLIVE ST., STE. 103 , SUNNYVALE, CA 94086 |
| Date & Time | : | Friday, August 15, 2008 @ 3:20pm |
| Witness fees were | : | Not applicable. |

Person serving:
Louis Gutierrez
**PROFESSIONAL LEGAL SERVICES, INC.**
P.O. Box 669, San Jose, CA 95106
408-280-0700    Fax 408-280-7121

a. Fee for service: $49.50
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 1057
   (3) County: Santa Clara
   (4) Expires: 9/6/2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 28, 2008            Signature:_____
                                              Louis Gutierrez


Printed on recycled paper